```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/07/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
NEW YORK TRIBECA GROUP, LLC,                                         :
                                                                     :
                Plaintiff,                              :        25-cv-1175 (LJL)
                                                                     :
          -v-                                                      :             ORDER
                                                                     :
JOSEPH BARAK AND LIGHTENING CONSULTING,                              :
INC.,                                                                :
                                                                     :
                Defendants.                             :
                                                                     :
-------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

      Upon consent of both parties as stated at the initial pretrial conference on May 7, 2025, the Court will treat the amended complaint filed on May 5, 2025, Dkt. No. 24, as the operative complaint in this case.


      SO ORDERED.

Dated: May 7, 2025
       New York, New York                             _____
                                                               LEWIS J. LIMAN
                                               United States District Judge